**CAROL ANN MOSES  #164193**
Attorney at Law
575 East Alluvial, Ste. 105
Fresno, California  93720
Telephone:  (559) 449-9069
Facsimile:   (559) 513-8530

Attorney for Defendant, Daniel Cobb

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DANIEL COBB,<br><br>    Defendant. | CASE NO.  6:14-mj-00011-MJS<br><br>**STIPULATION TO CONTINUE INITIAL APPEARANCE TO APRIL 1, 2014; ORDER THEREON** |

**IT IS HEREBY STIPULATED** by and between the Defendant, DANIEL COBB, his attorney of record, CAROL ANN MOSES, and the Legal Officer for the National Park Service, SUSAN ST. VINCENT, that the Initial Appearance in the above-captioned matter currently scheduled for February 25, 2014, at 10:00 a.m. be continued until April 1, 2014 at 10:00 a.m. Dr. Cobb has professional commitments that render him unavailable on February 25, 2014.

Dated:  February 13, 2014                                   /s/ Carol Ann Moses
                                                            CAROL ANN MOSES
                                                            Attorney for Defendant,
                                                            DANIEL COBB

Dated:  February 13, 2014                                   /s/ Susan St. Vincent
                                                            SUSAN ST. VINCENT
                                                            Legal Officer
                                                            National Park Service

ORDER

The Court, having reviewed the above request HEREBY ORDERS AS FOLLOWS:

The Initial Appearance for DANIEL COBB shall be continued to April 1, 2014, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   February 18, 2014          /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE