1  **CAROL ANN MOSES  #164193**
   Attorney at Law
2  575 East Alluvial, Ste. 105
   Fresno, California  93720
3  Telephone:  (559) 449-9069
   Facsimile:   (559) 513-8530
4
5  Attorney for Defendant, Daniel Cobb

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,            | CASE NO.  6:14-mj-00011-MJS

12 |        Plaintiff,

13 |    v.                                | **STIPULATION TO CONTINUE INITIAL APPEARANCE TO APRIL 1, 2014; ORDER THEREON**

14 | DANIEL COBB,

15 |        Defendant.

16

17       **IT IS HEREBY STIPULATED** by and between the Defendant, DANIEL COBB, his

18 attorney of record, CAROL ANN MOSES, and the Legal Officer for the National Park Service,

19 SUSAN ST. VINCENT, that the Initial Appearance in the above-captioned matter currently

20 scheduled for February 25, 2014, at 10:00 a.m. be continued until April 1, 2014 at 10:00 a.m.

21 Dr. Cobb has professional commitments that render him unavailable on February 25, 2014.

22

23 Dated:  February 13, 2014                    /s/ Carol Ann Moses
                                                CAROL ANN MOSES
24                                              Attorney for Defendant,
                                                DANIEL COBB
25

26 Dated:  February 13, 2014                    /s/ Susan St. Vincent
                                                SUSAN ST. VINCENT
27                                              Legal Officer
                                                National Park Service
28

STIPULATION TO CONTINUE
INITIAL APPEARANCE TO APRIL 1, 2014

1

1 ORDER

2 The Court, having reviewed the above request HEREBY ORDERS AS FOLLOWS:

3 The Initial Appearance for DANIEL COBB shall be continued to April 1, 2014,

4 at 10:00 a.m.

5 IT IS SO ORDERED.

7 Dated:   February 18, 2014          /s/ *Michael J. Seng*
8 UNITED STATES MAGISTRATE JUDGE