Susan St. Vincent
Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>DANIEL JOHN COBB,<br><br>           Defendant. | No. 6:14-MJ-011 -MJS<br><br>STIPULATION TO CONTIUE BENCH TRIAL; AND ORDER THEREON |

IT IS HEREBY STIPULATED by and between Matthew McNease, acting legal officer for the National Park Service, and Defendant Daniel John COBB, by and through his attorney of record, Carol Moses, that the Bench Trial in the above-captioned matter set for October 22, 2014 shall be continued to December 4, 2014 at 9:00 a.m.  The request for a continuance is made because the Government's main witness in the case will be unavailable for the month of October.

Dated: August 12, 2014                              /S/ Matthew McNease _____
                                                    Matthew McNease
                                                    Acting Legal Officer
                                                    Yosemite National Park

1

Dated:  August 12, 2014                    /s/ Carol Moses
                                           Carol Moses
                                           Attorney for Defendant
                                           Daniel John Cobb

**ORDER**

    For good cause shown, the Court accepts and adopts the above Stipulation and ORDERS that the October 22, 2014, Bench Trial for Daniel John Cobb, case number 6:14-MJ-011-MJS, is hereby continued to December 4, 2014 at 9:00 a.m.

IT IS SO ORDERED.

Dated:   August 13, 2014            /s/ Michael J. Seng
                                    UNITED STATES MAGISTRATE JUDGE