1  **CAROL ANN MOSES  #164193**
   Attorney at Law
2  575 East Alluvial, Ste. 105
   Fresno, California  93720
3  Telephone:  (559) 449-9069
4  Facsimile:   (559) 513-8530

5  Attorney for Defendant, Daniel Cobb

6

7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,    | CASE NO.  6:14-mj-00011-MJS |

12 |         Plaintiff,            |                              |

13 |     v.                        | **STIPULATION TO VACATE TRIAL DATE AND PROPOSE NEW TRIAL DATE;  ORDER THEREON** |

14 | DANIEL COBB,                  |                              |

15 |         Defendant.            |                              |

16

17     **IT IS HEREBY STIPULATED** by and between the Defendant, DANIEL COBB, his

18  attorney of record, CAROL ANN MOSES, and the Legal Officer for the National Park Service,

19  MATTHEW MC NEASE, that the Trial in the above captioned matter currently scheduled for

20  December 4, 2014 at 9:00 a.m. be vacated.  The parties propose a new trial date of February 18,

    2015, at 9:00 a.m. or any other date that is mutually acceptable between the parties and the court.

21

22  Dated:  November 26, 2014                    /s/ Carol Ann Moses
                                                 CAROL ANN MOSES
23                                               Attorney for Defendant,
                                                 DANIEL COBB
24

25  Dated:  November 26, 2014                    /s/ Matthew McNease
                                                 MATTHEW MC NEASE
26                                               Legal Officer
                                                 National Park Service
27

28
   ─────────────────────────────────────────
   STIPULATION TO VACATE TRIAL DATE
   AND PROPOSE NEW TRIAL DATE;
   [PROPOSED] ORDER THEREON
                                                                                                1

ORDER

The Court, having reviewed the above request to Vacate the Trial Date of December 4, 2014, at 9:00 a.m. in Case 6:14-mj-00011-MJS and propose a new Trial Date of February 18, 2015, at 9:00 a.m. hereby orders as follows:

1. The Trial scheduled for Defendant, DANIEL COBB, on December 4, 2014, shall be vacated. The matter will be set with a new Trial Date of February 18, 2015, at 9:00 a.m.

IT IS SO ORDERED.

Dated:   November 26, 2014        /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE