**CAROL ANN MOSES  #164193**
Attorney at Law
575 East Alluvial, Ste. 105
Fresno, California  93720
Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530

Attorney for Defendant, Daniel Cobb

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  6:14-mj-00011-MJS |
| Plaintiff, | |
| v. | **DEFENDANT'S REQUEST FOR WAIVER OF PERSONAL APPEARANCE PURSUANT TO FRCP RULE 43; ORDER** |
| DANIEL COBB, | |
| Defendant. | |

TO THE ABOVE-ENTITLED COURT:

The Defendant DANIEL COBB, having been advised of his right to be present at all stages of proceedings, including, but not limited to, presentation of and arguments on questions of fact and law, and to be confronted by and to cross-examine all witnesses, hereby waives the right to be present at the hearing of any motion or other proceeding in this cause.

Defendant DANIEL COBB requests the Court allow a telephonic appearance for the Change of Plea and Sentencing Hearing currently scheduled for February 18, 2015 at 10:00 a.m.

Dr. Cobb personally appeared on April 1, 2014, for his initial appearance.  This Court granted a Rule 43 Waiver for pretrial matters.  This case has resolved for a non-alcohol related charge.  Dr. Cobb is an oral surgeon with an active practice.  He is scheduled to be in Southern California on February 18, 2015.  He has no previous criminal history.

Based on the foregoing, Defense Counsel respectfully requests Dr. Cobb be permitted to appear telephonically at the Change of Plea and Sentencing hearing set for February 18, 2015, at 10:00 a.m.

Dated:  January 29, 2015　　　　　　　　　/s/ Carol Ann Moses
　　　　　　　　　　　　　　　　　　　　　CAROL ANN MOSES
　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant,
　　　　　　　　　　　　　　　　　　　　　DANIEL COBB


Dated:  January 29, 2015　　　　　　　　　/s/ Daniel Cobb
　　　　　　　　　　　　　　　　　　　　　DANIEL COBB
　　　　　　　　　　　　　　　　　　　　　Defendant

## ORDER

The above DEFENDANT'S REQUEST FOR WAIVER OF PERSONAL APPEARANCE PURSUANT TO FRCP RULE 43 in Case No. 6:14-mj-00011-MJS is hereby **DENIED.**  The court will consider a request for Defendant's appearance by video at the Change of Plea and Sentencing Hearing set for February 18, 2015, at 10:00 a.m. if same is  arranged by him and his counsel.

IT IS SO ORDERED.

Dated:   January 29, 2015　　　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE